### 11028.   WEBSTER *v.* THE STATE.

LUKE, J.   This case is controlled by the decision this day rendered in its companion case, *Danzley* v. *State,* ante, 170 (102 *S. E.* 915).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 13, 1920.

Indictment for larceny of automobile; from Crisp superior court· — Judge Gower. September 26, 1919.

Application for certiorari was denied by the Supreme Court.

*James H. Dodgen, Jere M. Moore,* for plaintiff in error.   ·

*J. B. Wall, solicitor-general, Jesse Grantham,* contra.